DONALD JEPSEN *v.* JULIA S. MACRI ET AL.
(5647)

DUPONT, C. J., BORDEN and FOTI, Js.

Submitted on briefs March 3—decision released March 28, 1988

*George R. Macri,* pro se, and *Julia S. Macri,* pro se, the appellants (defendants), filed a brief.

*Andrew G. Messina, Jr.,* filed a brief for the appellee (plaintiff).

PER CURIAM. We have fully considered the claims of the defendants and find them to be without merit. The only claim which warrants further discussion is that of the named defendant that she could not be held civilly liable because of insanity. This claim is controlled by *Polmatier* v. *Russ,* 206 Conn. 229, 537 A.2d 468 (1988).

There is no error.